**EXHIBIT C**





9





10